NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VIRGINIA INNOVATION SCIENCES, INC.,**
*Plaintiff-Appellant*

**v.**

**HTC CORPORATION, HTC AMERICA, INC.,**
*Defendants-Appellees*

------------------------------------------------------------------------

**VIRGINIA INNOVATION SCIENCES, INC.,**
*Plaintiff-Appellant*

**v.**

**AMAZON.COM, INC.,**
*Defendant-Appellee*

---

2017-1482, 2017-1646

---

Appeals from the United States District Court for the Eastern District of Virginia in Nos. 1:16-cv-00861-LO-MSN, 1:16-cv-01350-LO-IDD, Judge Liam O'Grady.

---

**JUDGMENT**

---

TIMOTHY DEVLIN, Devlin Law Firm, Wilmington, DE, argued for plaintiff-appellant. Also represented by JAMES MICHAEL LENNON.

YAR ROMAN CHAIKOVSKY, Paul Hastings LLP, Palo Alto, CA, argued for defendants-appellees HTC Corporation, HTC America, Inc. Also represented by DAVID OKANO, PHILIP OU; BLAIR MARTIN JACOBS, Washington, DC.

J. DAVID HADDEN, Fenwick & West, LLP, Mountain View, CA, argued for defendant-appellee Amazon.com, Inc. Also represented by ATHUL K. ACHARYA, SAINA S. SHAMILOV; TODD RICHARD GREGORIAN, San Francisco, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, SCHALL, and CHEN, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| April 11, 2018 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |